UNITED STATES of America,
Plaintiff–Appellee,

v.

Jason Roy THOMAS, Defendant–
Appellant.

No. 12–40637
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

June 13, 2013.

John B. Ross, Assistant U.S. Attorney, U.S. Attorney's Office, Beaumont, TX, for Plaintiff–Appellee.

Jason Roy Thomas, Austin, TX, pro se.

Before SMITH, PRADO, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Jason Thomas has moved to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Thomas has filed a response in which he moves for appointment of counsel.

We have reviewed counsel's brief, the relevant portions of the record reflected therein, and Thomas's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for ap-

pellate review. Accordingly, the motion to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2. The motion for appointment of counsel is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.